# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
Criminal No. 97-275 PAM

United States of America,

    Plaintiff,

v.                                    **ORDER**

Christian Murrell Klockeman

    Defendant.

The Court finds the Defendant has violated the conditions of supervised release.

**IT IS HEREBY ORDERED** that the Defendant shall continue on supervised release under the same terms and conditions previously imposed, until the original expiration date of October 16, 2010. In addition, the Court orders the following Special Condition: The Defendant shall reside for a period of up to 180 days at the Volunteers of America in Minneapolis MN. The Defendant shall self-surrender on June 14, 2010 at or before 2:00 PM to the facility.

Date: June 9, 2010

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge